# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | August 3, 2012 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER:** | CV-11-4851 (CBA) |
| **NAME OF CASE:** | BIGAUD V. JETBLUE AIRWAYS CORPORATION |
| **FOR PLAINTIFF(S):** | Glugeth |
| **FOR DEFENDANT(S):** | Antoncic amd Brogan |
| **NEXT CONFERENCE:** | DECEMBER 7, 2012 AT 11:00 A.M., IN-PERSON (See rulings below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement is not possible at this time.

Plaintiff will provide an itemization of all special damages claimed by August 17, and supplement the itemization within two weeks of any new damages incurred.

The remaining depositions of Jet Blue's employee and the parties' respective physicians will be held by October 15.

Plaintiff will serve her pretrial order portion by November 1, defendant will serve its portion by November 8, and the parties will file a joint pretrial order by November 15.

**A FINAL PRETRIAL CONFERENCE WILL BE HELD AT 11:00 AM ON DECEMBER 7, 2012.**

Counsel shall be prepared to state their position on settlement, with principals with full settlement authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone, to articulate the basis for any anticipated summary judgment motions, and to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment. Counsel are encouraged to contact my chambers to schedule a settlement conference on an earlier date if they believe it might be productive to do so.